IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRIAN C. DAVISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-1125 (AJT/TCB) |
| ) | |
| FACEBOOK, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

It appearing to the Court at this time that oral argument would not aid in the decisional process, it is hereby

ORDERED that the hearing on Defendant Loudoun County School Board's Motion to Dismiss and *Roseboro* Notice [Doc. 57]; Defendants Facebook, Inc., YouTube, LLC, and Twitter, Inc.'s Joint Motion to Dismiss [Doc. 61]; and Plaintiff's Motion for Leave to File Reply Briefs for Plaintiff's Preliminary Injunction Out of Time and Leave to Withdraw Doc. No. 67 [Doc. 71], currently scheduled for Friday, February 22, 2019 at 10:00 a.m., be, and the same hereby is, CANCELED. The Court will reschedule the hearing at a later date to the extent it is necessary.

The Clerk is directed to forward a copy of this Order to all counsel or record and to *pro se* Plaintiff at the address provided.

/s/
Anthony J. Trenga
United States District Judge

February 19, 2019
Alexandria, Virginia